1 BENJAMIN B. WAGNER
United States Attorney
2 KYLE REARDON
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2700

**FILED**

JUN 20 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2 13 - CR - 0 2 1 5 LKK |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| JOSEPH AARON McCLENDON, | (UNDER SEAL) |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 6-20-13

_____
EDMUND F. BRENNAN
United States Magistrate Judge