**FILED**
June 26, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>                Plaintiff,               )<br>v.                                                  )<br>                                                        )<br>JOSEPH AARON MCCLENDON,  )<br>                                                        )<br>                Defendant.            ) | Case No. 2:13-cr-00215-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSEPH AARON MCCLENDON, Case No. 2:13-cr-00215-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $ __25,000.00.__

   __X__   Co-Signed Unsecured Appearance Bond by mother.

   ____   Secured Appearance Bond

   __X__   (Other) Conditions as stated on the record.

   __X__   (Other) .

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __6/26/2013__ at __2:37pm__

By _____
Edmund F. Brennan
United States Magistrate Judge