BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JOSEPH AARON McCLENDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-13-215 LKK |
|---|---|
| Plaintiff, | ) |
| | ) WAIVER OF PERSONAL APPEARANCE |
| v. | ) |
| JOSEPH AARON McCLENDON, | ) |
| Defendant. | ) |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empaneling of jury and imposition of sentence. Defendant hereby requests the Court to proceed during his every absence that the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED: July 22, 2013

For JOSEPH AARON McCLENDON
Original on File with Attorney

1

APPROVED:
DATED: July 22, 2013

/s/ Bruce Locke
BRUCE LOCKE
Attorney for JOSEPH AARON McCLENDON


IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

APPROVED:
DATED: July 22, 2013

    /S/ Bruce Locke
BRUCE LOCKE
Attorney for JOSEPH AARON McCLENDON

IT IS SO ORDERED.

DATED: August 1, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2