BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JOSEPH McCLENDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-13-215 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | ) | |
| JOSEPH McCLENDON, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Joseph McClendon, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for August 13, 2013 at 9:15 a.m., should be continued to October 16, 2013 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from August 13, 2013 through October 16, 2013.

The reason for the continuance is the defense needs additional time to conduct pretrial investigation , including the review of recently provided discovery; complete potential plea negotiations; and prepare for trial. The exclusion of time is also necessary to ensure continuity of counsel. Accordingly, the time between August 13, 2013 and October 16, 2013 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Reardon has authorized Mr. Locke to sign this pleading for him.

DATED: August 9, 2013            /S/ Bruce Locke
BRUCE LOCKE
Attorney for Joseph McClendon

DATED: August 9, 2013            /S/ Bruce Locke
For KYLE REARDON
Attorney for the United States

The status conference presently set for August 13, 2013 at 9:15 a.m., is continued to October 16, 2013 at 9:15 a.m., and time under the Speedy Trial Act is excluded from August 13, 2013 through October 16, 2013. The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

DATED: August 12, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT