Bruce Locke (#177787)

Moss & Locke

800 Howe Ave, Ste 110

Sacramento, CA 95825

916-569-0667

Attorneys for Joseph McClendon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States,

          Plaintiff,

  v.

Joseph McClendon,

          Defendant.

No.  2:13-CR-215 LKK

**STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM OCTOBER 16, 2013 TO JANUARY22, 2014**

IT IS HEREBY STIPULATED AND AGREED between the defendants, Joseph McClendon, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for October 16, at 9:15 a.m., should be continued to January 22, 2014 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from October 16, 2013 through January 22, 2014.

The reason for the continuance is the defense needs additional time to conduct pretrial investigation, including the analysis of the computers, and review of recently provided discovery; complete potential plea negotiations; and prepare for trial.  The exclusion of time is also necessary to ensure continuity of counsel.  Accordingly, the time between October 16, 2013 and January 22, 2014 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties

stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Reardon has authorized Mr. Locke to sign this pleading for him.

DATED: October 10, 2013                   /S/ Bruce Locke
                                          BRUCE LOCKE
                                          Attorney for Joseph McClendon

DATED: October 16, 2013                   /S/ Bruce Locke
                                          For KYLE REARDON
                                          Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

DATED: October 15, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2