Case 2:13-cr-00215-TLN   Document 19   Filed 11/27/13   Page 1 of 2

Bruce Locke (#177787)
Moss & Locke
800 Howe Ave, Ste 110
Sacramento, CA 95825
916-569-0667
Attorneys for Joseph McClendon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>          Plaintiff,<br><br>v.<br><br>Joseph McClendon,<br><br>          Defendant. | No. 2:13-CR-215 LKK<br><br>**STIPULATION AND ORDER ADDING A CONDITION TO THE CONDITIONS OF PRETRIAL RELEASE.** |

      IT IS HEREBY STIPULATED AND AGREED between the defendant, Joseph McClendon, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that Mr. McClendon's conditions of pretrial release should be amended by adding as a condition that Mr. McClendon not associate with or have oral, written, telephonic or electronic communication with Stacy Jara's minor daughter.

      Mr. McClendon reserves his right to contest the necessity and/or appropriateness of this condition in the future. Mr. Reardon has authorized Mr. Locke to sign this stipulation for him.

DATED: November 26, 2013              /S/ Bruce Locke
                                                BRUCE LOCKE
                                                Attorney for Joseph McClendon

DATED: November 26, 2013              /S/ Bruce Locke
                                                For KYLE REARDON
                                                Attorney for the United States

1

1       IT IS SO ORDERED.

2 Dated: November 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE