1  Bruce Locke (#177787)
2  Moss & Locke
3  800 Howe Ave, Ste 110
4  Sacramento, CA 95825
5  916-569-0667
6  Attorneys for Joseph McClendon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States, | No.  2:13-CR-215 LKK |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM APRIL 15, 2014 TO MAY 20, 2014** |
| Joseph McClendon, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Joseph McClendon, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that the status conference presently set for April 15, 2014 at 9:15 a.m., should be continued to May 20, 2014 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from January 22, 2014 through April 15, 2014.

The reason for the continuance is the defense needs additional time to conduct pretrial investigation, including the analysis of the computers, and review of recently provided discovery; complete potential plea negotiations; and prepare for trial. The exclusion of time is also necessary to ensure continuity of counsel.  Accordingly, the time between April 15, 2014 and May 20, 2014 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends

of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Reardon has authorized Mr. Locke to sign this pleading for him.

DATED: April 16, 2014             /S/ Bruce Locke
                                  BRUCE LOCKE
                                  Attorney for Joseph McClendon


DATED: April 16, 2014             /S/ Bruce Locke
                                  For KYLE REARDON
                                  Attorney for the United States




    The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.  The status conference presently set for April 15, 2014 at 9:15 a.m., is continued to May 20, 2014 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from April 15, 2014 through May 20, 2014.



    IT IS SO ORDERED.

DATED: __April 14, 2014_____    _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT