

FILED

MAY 3 0 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  Bruce Locke (#177787)

2  Moss & Locke

3  800 Howe Ave, Ste 110

4  Sacramento, CA 95825

5  916-569-0667

6  Attorneys for Joseph McClendon

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  United States,                     No. 2:13-CR-215 LKK

12              Plaintiff,

13        v.                           STIPULATION AND ~~PROPOSED~~ ORDER
                                       CONTINUING THE HEARING SET FOR
14  Joseph McClendon,                  JUNE 2, 2014 AT 2:00 P.M., TO JUNE 5,
                                       2014 AT 2:00 P.M.
15              Defendant.

16

17        IT IS HEREBY STIPULATED AND AGREED between the defendants, Joseph

18  McClendon, by and through his undersigned defense counsel, and the United States of America

19  by and through its counsel, Assistant U.S. Attorney Kyle Reardon, that the bail review hearing

20  presently set for June 2, 2014 at 2:00 p.m., should be continued to June 5, 2014 at 2:00 p.m.

21        The reason for the bail review hearing is that the defense has advised Pre-Trial Services

22  that the defendant would like to go into custody on June 5, 2014. Pre-Trial then set the bail

23  review hearing for June 2, 2014. The defendant wants to go into custody because his mother and

24  sister do not want him to continue to live at the mother's home because the pre-trial conditions of

25  his release are to restrictive on the other family members living in the home. The defendant is in

26  the process of resolving his case without trial and he wants to start serving his time.

27        Defense Counsel advised Pre-Trial that Defense Counsel was having cataract surgery on

28  one eye on May 31, 2014 and that he did not know whether he would be able to drive on June 2,

                                      1

1   2014 and that he did not know whether he would be able to attend the hearing on June 2, 2014.

2   Defense Counsel also advised Pre-Trial that the defendant does not have any means of

3   transportation and relies upon Defense Counsel to drive him to Court. Defense Counsel requested

4   that Pre-Trial reschedule the hearing to June 5, 2014.

5          Pre-Trial refused to reschedule the bail review hearing and suggested that Defense

6   Counsel have another attorney stand-in for him.

7          Since Defense Counsel would like to be at the hearing to protect his client's rights and

8   since having another attorney stand-in does not solve the problem of transporting the defendant to

9   Court, Defense Counsel asked Counsel for the government to stipulate to continuing the hearing

10  from June 2, 2014 to June 5, 2014. Counsel for the government agreed to stipulate to the

11  continuance and has authorized Bruce Locke to sign this pleading for him.

12  DATED: May 30, 2014                        /S/ Bruce Locke
                                               BRUCE LOCKE
13                                             Attorney for Joseph McClendon

14

15  DATED: May 30, 2014                        /S/ Bruce Locke
                                               For KYLE REARDON
16                                             Attorney for the United States

17

18                                             DAD

19          The Court finds, ~~for the reasons stated above~~ there being no viable alternative, that the bail review hearing should be

20  continued from June 2, 2014 to June 5, 2014 at 2:00 p.m. .

21          IT IS SO ORDERED.

22  DATED:   5/30/14

23                                             UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

2