BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH AARON McCLENDON,<br><br>　　　　Defendant. | CASE NO. 2:13-CR-0215 LKK<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

　　　　The parties appeared before the Court on May 20, 2014, in the above-entitled case. At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for May 20, 2014 at 9:15 a.m., be continued to June 24, 2014 at 9:15 a.m., and that the time beginning May 20, 2014, extending through June 24, 2014, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to defense counsel's need to prepare, and for continuity of counsel.  The additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

　　　　ACCORDINGLY, it is hereby ordered that the status conference set for May 20,

1 | 2014 at 9:15 a.m., be continued to June 24, 2014 at 9:15 a.m., and that the time beginning
2 | May 20, 2014, and extending through June 24, 2014, be excluded from the calculation of
3 | time under the Speedy Trial Act.  The Court finds that the interests of justice served by
4 | granting this continuance outweigh the best interests of the public and the defendant in a
5 | speedy trial.  18 U.S.C. § 3161(h)(7)(A).

6 |     IT IS SO ORDERED.

7 | Dated: June 18, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT