UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 26, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
            ) Case No. 2:13CR00215-1
    Plaintiff, )
v. ) ORDER FOR RELEASE OF
    ) PERSON IN CUSTODY
JOSEPH AARON MCCLENDON, )
    )
    Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSEPH AARON McCLENDON , Case No. 2:13CR00215-01 , Charge  18:2252(a)(4)(B)  - Possession of Child Pornography , from custody for the following reasons:

✔   Release on Personal Recognizance

__   Bail Posted in the Sum of $__

   __   Unsecured Appearance Bond

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond with Surety

   __   Corporate Surety Bail Bond

✔   (Other)       Time Served

Issued at  Sacramento, CA  on  August 26, 2014  at  9:41 am .

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal