1   Bruce Locke (#177787)

2   Moss & Locke

3   800 Howe Ave, Ste 110

4   Sacramento, CA 95825

5   916-569-0667

6   Attorneys for Joseph McClendon

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES,                         No.  2:13-CR-215 TLN

12          Plaintiff,

13      v.                                 **STIPULATION AND ORDER FOR AN
                                           UPDATED PRESENTENCE REPORT**
14  JOSEPH MCCLENDON,

15          Defendant.

16

17      IT IS HEREBY STIPULATED AND AGREED between the defendant, Joseph

18  McClendon, by and through his undersigned defense counsel, and the United States of America

19  by and through its counsel, Assistant U.S. Attorney Sherry D. Hartel Haus, that in light of the

20  amount of time that has passed since the preparation and filing of the previous Presentence Report

21  (PSR) in this case (filed on August 14, 2014), preparation of an updated PSR may be appropriate.

22  Should the Court determine that an updated PSR is needed given the passage of time, it is further

23  stipulated that the Court should set a disclosure schedule for the report and a new date for

24  sentencing based upon the disclosure schedule.

25

26  DATED: September 1, 2015              /S/ Bruce Locke
                                          BRUCE LOCKE
27                                        Attorney for Joseph McClendon

28

                                    1

1

2

3

4

5     DATED: September 1, 2015                     ___/S/ Bruce Locke_____
                                                  For SHERRY D. HARTEL HAUS
6                                                 Attorney for the United States

7

8            The Court finds, for the reasons stated above, that the Probation Officer should prepare an

9     updated Presentence Report and that the Court should set a new date for sentencing and should

10    prepare a schedule for disclosure of the report.

11           IT IS SO ORDERED.

12    DATED:  September 1, 2015

13

14

15                                                _____
16                                                Troy L. Nunley
                                                  United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28