Bruce Locke (#177787)

Moss & Locke

800 Howe Ave, Ste 110

Sacramento, CA 95825

916-569-0667

Attorneys for Joseph McClendon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States, | No. 2:13-CR-215 TLN |
|---|---|
| Plaintiff, | |
| v. | **NOTICE TO CONTINUE THE SENTENCING FROM JANUARY 7, 2016 TO FEBRUARY 18, 2016 AT 9:30 A.M; and ORDER** |
| Joseph McClendon, | |
| Defendant. | |

The parties have agreed to continue the sentencing in this case from January 7, 2015 to February 18, 2016 at 9:30 a.m. The reason for the continuance is that the defense is awaiting receipt of the psychological evaluation report and the draft PSR has raised the issue of restitution and the Court of Appeals for the Ninth Circuit has just issued an opinion on that issue and the defense needs additional time to research this issue prior to filing its informal objections.

Accordingly, the informal objections to the PSR will be due on January 21, 2016.

The final PSR will be due to the Court and to Counsel on January 28, 2016.

The Motion to Correct the PSR will be due on February 4, 2016.

The Reply to the Motion to Correct the PSR will be due on February 11, 2016.

DATED: December 14, 2015         /S/ Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Joseph McClendon

1

1 | **IT IS SO ORDERED.**

2 | DATED:  December 14, 2015

_____
Troy L. Nunley
United States District Judge