Bruce Locke (#177787)
Moss & Locke
4354 Town Market Blvd., #114-59
Eldorado Hills, CA 95762
916-719-3194
Attorneys for Joseph McClendon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States,<br><br>        Plaintiff,<br><br>v.<br><br>Joseph McClendon,<br><br>        Defendant. | No. 2:13-CR-215 TLN<br><br>**ORDER TO FILE DOCUMENT UNDER SEAL** |
|---|---|

_____

The defendant, Joseph McClendon, by and through his attorney, Bruce Locke, has filed a Request to Seal a report of the psychological evaluation that was conducted upon him along with his Request to Seal Documents.

For good cause, as shown in the request, it is hereby ORDERED that the Request to Seal Documents and the report of psychological evaluation shall be filed under Seal and access to the documents shall be limited to Court personnel, Counsel for Mr. McClendon, and members of the prosecution team from the United States Attorney's Office who are involved in the prosecution of this case.

DATED: April 18, 2016             BRUCE LOCKE
                                  Attorney for Joseph McClendon

IT IS SO ORDERED.

Dated: April 18, 2016

_____
Troy L. Nunley
United States District Judge

1