Bruce Locke (#177787)
Moss & Locke
800 Howe Ave, Ste 110
Sacramento, CA 95825
916-569-0667
Attorneys for Joseph McClendon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>    v.<br><br>JOSEPH MCCLENDON,<br><br>           Defendant. | No.  2:13-CR-215 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING FROM APRIL 21, 2016 TO JUNE 16, 2016 AT 9:30 A.M.** |

The parties have agreed to continue the sentencing in this case from April 21, 2016 to June 16, 2016 at 9:30 a.m. The reason for the delay is that the Sentencing Commission has proposed an amendment to the Guidelines that may affect Mr. McClendon's offense level. The defense needs additional time to brief the issue. It is agreed that the defense will file its papers by May 19, 2016 and the government shall have until June 9, 2016 to respond to the defense filing or to file a Sentencing Memo.


DATED: April 19, 2016                 /S/ Bruce Locke
                                      BRUCE LOCKE
                                      Attorney for Joseph McClendon


DATED: April 19, 2016                 /S/ Bruce Locke
                                      For SHERRY HAUS
                                      Assistant United States Attorney

1

1
2         IT IS SO ORDERED:

3     DATED: April 19, 2016

4                                     Troy L. Nunley
                                United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28