1  Bruce Locke (#177787)
2  Moss & Locke
3  800 Howe Ave, Ste 110
4  Sacramento, CA 95825
5  916-569-0667
6  Attorneys for Joseph McClendon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States, | No. 2:13-CR-215 TLN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING THE RESTITUTION HEARING SET FOR AUGUST 25, 2016 TO OCTOBER 20, 2016 AT 9:30 A.M.** |
| Joseph McClendon, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Joseph McClendon, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Amy Hitchcock, that the restitution hearing presently set for August 25, 2016 at 9:30 a.m., should be continued to October 20, 2016 at 9:30 a.m.

The reason for the continuance is that Mr. McClendon is in transit to his designated prison and counsel cannot contact him at this time. As a result, counsel cannot contact Mr. McClendon at this time to obtain approval for any settlement that may be offered by the government. Additionally, counsel for Mr. McClendon will be on vacation from August 8, 2016 to August 22, 2016 and will be unavailable for negotiations with the government during that period. Additionally, counsel needs to conduct further research on restitution awards in this type of case and to engage in settlement discussions with counsel for the government. Counsel for the

1

government has authorized Mr. Locke to sign this pleading for her.

In making this request, Mr. McClendon waives any objection or right to appeal the restitution order based on the delay of the restitution proceedings, or the procedural provisions of 18 U.S.C. § 3664(d)(5).

DATED: August 2, 2016     /S/ Bruce Locke
BRUCE LOCKE
Attorney for Joseph McClendon

DATED: August 2, 2016     /S/ Bruce Locke
For AMY SCHULLER HITCHCOCK
Attorney for the United States

IT IS SO ORDERED.

DATED: August 2, 2016

Troy L. Nunley
United States District Judge

2