1 Bruce Locke (#177787)

2 Moss & Locke

3 4354 Town Center Blvd., #114-59

4 Eldorado Hills, CA 95762

5 916-719-3194

6 Attorneys for Joseph McClendon

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES,     No. 2:13-CR-215 TLN

12         Plaintiff,

13    v.     **STIPULATION AND ORDER CONTINUING THE RESTITUTION HEARING SET FOR OCTOBER 20, 2016 TO NOVEBER 17, 2016 AT 9:30 A.M.**

14 JOSEPH MCCLENDON,

15         Defendant.

16

17      IT IS HEREBY STIPULATED AND AGREED between the defendants, Joseph

18 McClendon, by and through his undersigned defense counsel, and the United States of America

19 by and through its counsel, Assistant U.S. Attorney Katherine Lydon, that the restitution hearing

20 presently set for October 20, 2016 at 9:30 a.m., should be continued to November 17, 2016 at

21 9:30 a.m.

22      The reason for the continuance is that counsel for Mr. McClendon needs to conduct

23 further research on restitution awards in this type of case and to engage in settlement discussions

24 with counsel for the government. Counsel for the government has authorized Mr. Locke to sign

25 this pleading for her.

26      In making this request, Mr. McClendon waives any objection or right to appeal the

27 restitution order based on the delay of the restitution proceedings, or the procedural provisions of

28 18 U.S.C. § 3664(d)(5).

1

2   DATED: October 14, 2016        /S/ Bruce Locke
                                   BRUCE LOCKE
3                                  Attorney for Joseph McClendon

4

5   DATED: October 14, 2016         /S/ Bruce Locke
                                    For KATHERINE LYDON
6                                   Attorney for the United States

7

8

9       IT IS SO ORDERED.

10  DATED: October 14, 2016

11                                 _____
                                   Troy L. Nunley
12                                 United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2