PHILLIP A. TALBERT
Acting United States Attorney
AMY S. HITCHCOCK
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH MCCLENDON,<br><br>Defendant. | CASE NO. 2:13-CR-00215 TLN<br><br>ORDER REGARDING RESTITUTION |

Based upon the parties' stipulation and joint request filed on November 11, 2016 (ECF No. 104), the Court hereby orders that the restitution hearing scheduled for November 17, 2016 be vacated. It further orders that the total restitution to be paid by the defendant for his conduct in the above-captioned case is $4,000. The Judgment and Sentence is hereby amended to order restitution in the amount of $4,000, with $2,000 to be paid to the representative of the victim in the "Amy Misty Series RR" and $2,000 to be paid to the victim in the "Cindy" series, with payment to begin immediately, including by participation in the Inmate Financial Responsibility Program.

**IT IS SO ORDERED.**

Dated: November 16, 2016

_____
Troy L. Nunley
United States District Judge